R. H. MILLER V. STATE.

No. 26,749. January 20, 1954.

*Murray J. Howze,* Monahans, for appellant.

*Wesley Dice,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This purports to be an appeal for violating the so-called "hot check" law (Art. 567b, V. A. P. C.), with punishment assessed at two years' confinement in the penitentiary.

No sentence accompanies the record.

A sentence is necessary in ordinary felony cases for the jurisdiction of this court over an appeal. Art. 769, C. C. P.; Standley v. State, 246 S. W. 2d 641.

The appeal is dismissed.

Opinion approved by the court.